IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

VICENTE ROMERO PEREZ

DEBTOR

CASE NO 06-04526 SEK

CHAPTER 13

## MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

TO THE HONORABLE COURT:

NOW COMES, **VICENTE ROMERO PEREZ**, through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor is hereby submitting a Post-confirmation Modification of Chapter 13 Plan, dated September 18, 2008, herewith and attached to this motion.

2. This post-confirmation Plan is filed to reduce the Plan base and monthly payment because the debtor retired from the US Postal Service and his actual reduced income comes from a retirement pension.

### NOTICE TO CREDITORS AND PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN, that debtor proposed post-confirmation Plan is hereby circulated to all creditors and parties in interest. You are hereby notifying that you have twenty (20) days to reject the proposed modification of this Plan and request a hearing.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtor, Vicente Romero Perez; and parties in interest in the present case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 18th day of September, 2008.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEYS FOR PETITIONER
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO (787) 744-7699 FAX 746-5294

United States Bankruptcy Court
District of Puerto Rico

IN RE:     Case No. **06-4526**

**ROMERO PEREZ, VICENTE**     Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **9/18/2008**     ☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION     Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **850.00** x **21** = $ **17,850.00**
$ **0.00** x **1** = $ **0.00**
$ **600.00** x **38** = $ **22,800.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **40,650.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **40,650.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,654.00**

Signed: /s/ Vicente Romero
Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **TREASURY DEPT.** Cr. ___ Cr. ___
# **AS PER STIPULATIC** # ___ # ___
$ **30,182.79** $ ___ $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**COOP A/C MAUNAB'    NAPUS FCU (5)**
5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO SANTANDEI**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
*Or as otherwise specified on proof of claim.
**Late filed claims filed by creditors will receive no distribution.**
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
**Debtor reserves the right to object claims after plan confirmation.**

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**     Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

ROMERO PEREZ, VICENTE
7301 PASEO EL VERDE
CAGUAS, PR 00725

TREASURY DEPT.
PO BOX 9024140
SAN JUAN, PR 00902-4140

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

BANCO SANTANDER PR
PO BOX 362589
SAN JUAN, PR 00936-2589

CITIFINANCIAL
22 CALLE PIMENTEL
RIO GRANDE, PR 00745-3055

COOP A/C MAUNABO
PO BOX 127
MAUNABO, PR 00707-0127

DEPARTMENT OF JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

FIRST BANK- AUTO
PO BOX 13817
SAN JUAN, PR 00908-3817

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG ROOM 914
2 AVE PONCE DE LEON STOP 27
SAN JUAN, PR 00918-1621

Napus Fcu
12 Herbert St
Alexandria, VA 22305

NAPUS FCU (5)
4241 King Street
Alexandria, VA 22302