IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In re: | Case No.: **06-04526-SEK** |
|---|---|
| **VICENTE ROMERO PEREZ** | |
| Debtor(s). | Chapter 13 |

# TRUSTEE'S FAVORABLE REPORT
## ON PROPOSED PLAN MODIFICATION UNDER §1329

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, **under 11 U.S.C. §1329**, for the confirmation of a Chapter 13 plan.

Debtor(s)' Income: Above Mediam / 60 months commitment period.    Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$0.00**.    **R2016 STM**. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,654.00**    Fees paid: **$2,654.00**    Fees Outstanding: **$0.00**

With respect to the proposed (amended) Plan dated: **Sept 18, 2008.**    Plan Base: **$40,650.00**

**The Trustee Recommends the Approval of the proposed (amended) plan as it complies with all the requirements for its confirmation pursuant to 11 U.S.C. §1329 and other related sections of the Bankruptcy Code.**

**COMMENTS: NONE**

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to: the DEBTOR(s) by first class mail to the address of record and to her/his/their attorney (**ROBERTO FIGUEROA CARRASQUILL\*** ) by first class mail, if not a ECFS register user, to the address of record.

In San Juan, Puerto Rico this    **24th,** day of September of 2008.

/S/ JOSE R. CARRION
_____
JOSE R. CARRION, CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Station
San Juan, PR  00902-3884
Tel. (787) 977-3535 Fax (787) 977-3550

MS